**ABP PATENT HOLDINGS, LLC, Plaintiff–Appellant,**

v.

**CONVERGENT LABEL TECHNOLOGY, INC., Defendant–Appellee,**

and

**Moore North America, Inc., Defendant.**

**No. 02–1268.**

United States Court of Appeals, Federal Circuit.

Nov. 13, 2002.

Before PAULINE NEWMAN, RADER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36